# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGHAN DELONG, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 2:15-cv-04918-MAK** |
| ) | |
| OXFORD LAW, LLC, ) | |
| ) | |
| Defendant ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, MEGHAN DELONG (hereinafter "Plaintiff"), by and through her counsel, Kimmel & Silverman, P.C., hereby moves this Honorable Court for an entry of Default Judgment against Defendant, OXFORD LAW, LLC, in the amount of $4,198.20, inclusive of statutory damages and reasonable attorneys' fees and costs.

WHEREFORE, for the reasons set forth in Plaintiff's Memorandum in Support of this Motion, Plaintiff respectfully requests that this Honorable Court enter a default judgment in favor of Plaintiff and against Defendant in the amount of $4,198.20.

                                            RESPECTFULLY SUBMITTED,

Dated: 11/30/15                        */s/ Craig Thor Kimmel*
                                            CRAIG THOR KIMMEL
                                            Attorney ID #57100
                                            Kimmel & Silverman, P.C.
                                            30 E. Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888
                                            Fax: (877) 788-2864
                                            Email: kimmel@creditlaw.com