IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEGHAN DELONG** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-4918 |
| **OXFORD LAW, LLC** | : |

## ORDER AND JUDGMENT

**AND NOW**, this 2nd day of December 2015, upon consideration of Plaintiff's Motion for Default Judgment with attached time sheets and affidavit (ECF Doc. No. 11), and following yesterday's noticed hearing addressing and confirming service upon the Defendant at two addresses and the Defendant failing to answer or otherwise plead in response to the Complaint served upon it on October 13, 2015 or to appear for the December 1, 2015 hearing, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 11) is **GRANTED.**

After reviewing exhibits, representations of counsel and our independent review of the reasonableness of Plaintiff's attorneys' fees and costs, **JUDGMENT** is entered in favor of Plaintiff Meghan Delong and against Defendant Oxford Law, LLC in the amount of **$4,198.20**.

KEARNEY, J.